IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03494-MSK-KMT

ANDRE HAMID, on behalf of himself and all similarly situated persons,

      Plaintiff,

v.

CARTER BROTHERS SECURITY SERVICES, LLC, a Florida limited liability company, and
AT&T DIGITAL LIFE, INC., a New York corporation,

      Defendants

---

## DISMISSAL WITHOUT PREJUDICE

---

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff respectfully dismisses this action

without prejudice.

Respectfully submitted this 3rd day of April, 2014.

*s/Brian D. Gonzales*

_____

Brian D. Gonzales
THE LAW OFFICES OF
BRIAN D. GONZALES, PLLC
123 North College Avenue, Suite 200
Fort Collins, Colorado  80524
Telephone: (970) 212-4665
Facsimile: (303) 539-9812
BGonzales@ColoradoWageLaw.com

*Counsel for Plaintiff*

1